AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>ALLEN YOUNG BY TAKING BUCCAL SWABS )<br>)<br>) | Case No.   13-CR-191   14-m-52 |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____New York____
*(identify the person or describe the property to be searched and give its location)*:

The person of Allen Young, who is in the custody of the United States Marshals Service, is currently being housed at the Northeast Ohio Correctional Center, and will be periodically returned to the Western District of New York for court appearances.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Allen Young's DNA.

YOU ARE COMMANDED to execute this warrant on or before   May 20, 2014   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable H. Kenneth Schroeder, Jr.   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   May 6, 2014  3:04p.m.   _____
                                                                  *Judge's signature*

City and state:   Buffalo, New York   H. Kenneth Schroeder, Jr., U.S. Magistrate Judge
                                                           *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 13-CR-191 | Date and time warrant executed: 05-07-2014 / 11:05AM | Copy of warrant and inventory left with: ATTY. ROBERT CONSIVAR |
| Inventory made in the presence of: TFO JOSEPH PALMIERI ||||
| Inventory of the property taken and name of any person(s) seized: <br><br> – DNA – Allen Young. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05-07-2014

_____
Executing officer's signature

SA GREGORY YENSAN
Printed name and title